

RECEIVED
NOV - 5 2021
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Olalekan S Raji

2123 Fitzroy Drive Apt D,

Columbus, Ohio. 43224.

November 4th, 2021.

His Honorable Judge,

Franklin County Municipal Court,

375 South High Street,

Columbus, Ohio 43215.

2:21cv5227

Judge Morrison

MAGISTRATE JUDGE VASCURA

### PETITION AGAINST THE EMBASSY OF THE FEDERAL REPUBLIC OF BENIN FOR UNLAWFUL DETENTION OF CHIEF SUNDAY ADEYEMO IGBOHO IN THEIR COUNTRY.

My name is Olalekan Sheriff Raji, a Nigerian - American, born and brought up in Nigeria before I moved here about a decade ago. I'm using this medium to write to your honorable court to summon The Embassy Federal Republic of Benin at 2124 Kalorama Road, NW Washington, D.C. 20008 as an institutional representative of The government of The Federal Republic of Benin for unlawful detention of The Yoruba Nation activist, Mr Sunday Adeyemo Igboho who was arrested on July 16th, 2021 by the International Criminal Police Organisation at the Cadjèhoun Airport in Cotonou, Republic of Benin alongside his wife Ropo, on their way to Germany. The wife was later released and she proceeded on her journey but not her husband.

Mr Sunday Adeyemo Igboho has for sometime now been politically and ethnically persecuted by the President Muhammadu Buhari administration. The President of Nigeria, Muhammadu Buhari is from the Fulani tribe and since his ascension into power in Nigeria his tribe has been terrorizing the whole nation through banditry, raping, killings. maiming, kidnapping on large scaled we have never seen before in the history of Nigeria. In Ibarapa town in Oyo State the Fulani herders and the indigenous farmers have frictions as the Fulani herders have been accused for years of killing and raping people in the community of Ibarapa, the authorities were notified but nothing was done to address the issue. Overtime and with the emergence of President Muhammadu Buhari the situation got worse and out of hand and I have attached proofs from newspaper companies that explained into details the crimes the Fulani people from the Northern part of Nigeria were unleashing on the Yoruba people on the Western part of the country.   Some yoruba elders and kings were worried and called on all the sons and daughters in their tribe in diaspora to come to their aid, all the six governors in the Western part of Nigeria were calling on

the Federal government to address the issue of insecurity in the country. The Federal government under President Muhammadu Buhari refused all the calls of the traditional and political leaders in the western part of Nigeria. The six governors out of distrust for the government of President Muhammadu Buhari created their own security outfit besides.

The killings, kidnappings, rapings, maimings perpetuated by the Fulani herdmen didn't stop, it has become a national threat in the north, east and west. Chief Sunday Adeyemo Igboho's father was from Ibarapa in Oyo State, the head of the chief in that Yoruba town personally sent for Chief Sunday Adeyemo Igboho to defend his father's town from the Fulani herders who are committing killings, rapings and kidnappings. Mr Igboho went to Ibarapa with his supporters calling for the eviction of the killer herdsmen and giving them altimatum to do so. The Fulani settlement in Ibarapa vacated, on the last day of the altimatum, some angry youths burn the house of the leader of the Fulani people in that community. Few days after the incident some unknown elements went to Soka in the city of ibadan in Oyo State to burn down one of the house of the Yoruba freedom fighter who was also the one who gave The Fulani people eviction notice from Ibarapa. Fortunately he was not inside but his house was burnt as shown in the evidence I attached to this petition. After this incident and the incessant kidnappings, killings, maiming, rapings, people vanishing, corruption from government officials and security operatives, the level of corruption that have eaten so deeply into the fabrics of the nation. People and voices started rising against the nonsense government in Nigeria and to the point there were governors in Nigeria calling the citizens to arm themselves with guns because of the state of the insecurity in the country. Eventually Chief Sunday Adeyemo Igboho emerged as the leader of the Yoruba nation agitation as Nnamdi Kanu is the leader of the indigenous People of Biafra. For years, decades, anybody or organization that stands to question how or what the government is doing or why can't the people have three square meals? If you stand to question how things are done or why things are not done, you automatically become a threat to The Nigerian government, and when someone assume that status they will rope that person and fabricate allegations to incriminate and imprison the person as punishment for attempting to speak up for the right things, this strategy overtime has created fear into the minds of the majority of the Nigerian people. On October 20th, 2020   Lekki Massacre is a good illustration of how abusive and gross the administration of President Muhammadu Buhari has been committing crimes that are grossly against humanity. That was a peaceful protest turned bloody as anybody who question anything or stage anykind of peaceful protest is a threat to The Nigerian government.

On July 1st 2021 the administration of President Muhammadu Buhari sent agents from The Department of State Security (DSS) to Chief Sunday Adeyemo Igboho's house. They invaded his house in Soka area of Ibadan, Oyo State they killed two of his aides, four cats, destroyed alot of properties, stole valuables, planted some guns and other incriminating materials, ll the 12 aides of Mr Adeyemo were illegally detained without charge for 61 days, in defiance of a court order granting them bail, before eight of them were released on August 29.   a government's secret service notorious for little regard for court orders, subsequently released two others – Tajudeen Oyinloye and Uthman Adelabu – on September 3 . So from the moment Chief Sunday Adeyemo Igboho assume the position to lead in the struggle of the people of the western part of Nigeria, the Yoruba struggle for liberation that was the moment he

became a threat to the Nigerian government under President Muhammadu Buhari, the political opportunist leader with an elementary school certification leading a big nation like Nigeria feels threatened whenever anybody raise opposing view to his own, another example was when Twitter deleted his tweet, he in retaliation banned all Nigerians from using Twitter. That's how abusive and power drunk the President is. Chief Sunday Adeyemo Igboho managed to escape state assassination, he went into hiding as he is been persecuted for defending his people against ethnic cleansing fuelled by refusal of the major tribes to give Fulani herders grazing land for their herds. The next we heard of Chief Adeyemo Igboho, we learnt he has been arrested at Cotonou, Benin Republic, on July 16, 2021, with his wife, while on their way to Germany. His wife has been released but he's not.

Nigeria accuses Mr Adeyemo of stockpiling weapons, calling for the break-up of the country and inciting ethnic killings. But his supporters say he is a political prisoner who is being persecuted for defending his Yoruba people who are being attacked by some Fulani herdsmen. He fled the country after a raid on his home by Nigeria's secret police in early July where two of his associates were killed. Since July 16th, 2021 till date they have refused to let him go. Personally I know Nigeria government lie alot to cover face, growing up in Nigeria if for example something tragedy happened and 50 people die, when the Nigerian authorities will report they will claim its 5 people who died, this is the kind of deception The Nigerian government employs everytime and they will plant incriminating evidence on people just to ensure they send them to jail, the judiciary arm of government is dead, the legislature is inside the pocket of the executive, he's like a king. A Nigerian lawyer and human rights activist Reno Omokri wrote, "The reported arrest of Sunday Igboho in Cotonou is unfortunate. He is a hero freedom fighter who defended us. We must also defend him and gather resources for his legal defence. Igboho deserves the same commitment from us, that Buhari is showing to killer herdsmen."

Conclusively, I'm using this medium to respectfully ask your honorable court to summon The Embassy Federal Republic of Benin to appear before your honor to explain to this honorable court the reason(s) why their government continue to detain the Yoruba freedom fighter whose one of his houses was already burnt, two of his aides killed, his workers humiliated and why the unlawfully continued detention?   The Justice Ladiran Akintola verdict awarded in favor of Chief Sunday Adeyemo Igboho compensation to the tune of N20 Billion ( $37,037,037.04) for the damages caused to his properties when The Department of state Security invaded his home.   For too long these West African leaders who are mostly criminals cannot continue to abuse people's rights in Africa and whenever they conduct a peaceful protest the corrupt gang of corrupt leaders running the continent down will heavy handedly deal with protestants and agitators. It is a new millenium, a new age, a new day,   A Nigerian musician by the name Azeez Adeshina Fashola aka Naira Marley who uses mixes of english and yoruba language to sing made a song tittled "koleyewon" in tribute to all those the Nigerian army gunned down in the peaceful protest in Lekki, Lagos State on October 20th, 2020, when they were ordered to turn off the lights and camera at the toll gate inother to erase any evidence and the same military kidnapped all the dead bodies to prevent global awareness of the crimes these criminals in government are committing in West Africa. Attached to this petition are all different kinds of supporting materials to corroborate all my assertions above. The crimes committed against this good minded man by the bad guys with the political power needs the intervention of good and honorable minded people like this honorable court

to intervene and help in someway to question the barbaric style of locking innocent people up in west Africa, if I can change that narrative that someone powerful or rich can lock anybody up willingly in West Africa, if I can do that from here then I really believe it's a good impact that will enormously benefit the majority of the people, especially the poor and vulnerable people from these gang of criminals in power who are physically and financially raping the country without any care if it bleeds to death. If these embassies, I mean this institutions will not respect human rights in their countries, I'm using this medium to call on the United States government to punish these governments by imposing sanctions and to this I have collected signatures of fellow Americans who agree with this position.

Thanks.

Yours Sincerely,

Olalekan Raji.