# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OLAKELAN SHERIFF RAJI,**

        **Plaintiff,** :

  v.                               **Case No. 2:21-cv-5227**
                                          **Judge Sarah D. Morrison**
                                          **Magistrate Judge Chelsey M.**
**EMBASSY OF THE FEDERAL**        **Vascura**
**REPUBLIC OF BENIN,**              :

        **Defendant.**

## ORDER

This matter is before the Court on the November 17, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 3.) The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to assert any claim over which this Court has subject-matter jurisdiction. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 3) and **DISMISSES** the Complaint (ECF No. 1-1). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                              /s/ Sarah D. Morrison
                                              **SARAH D. MORRISON**
                                              **UNITED STATES DISTRICT JUDGE**